SAM

***IN THE FEDERAL NORTHERN DISTRICT COURT***

***OF***

***FORT WORTH, TEXAS*** **4-24CV-388-O**

---

***Prime Minister Vladimir Putin International Putin, LaKeshia Edmond et. al,*** Brad F. Jones, Tami M. Edm[illegible] Jeffery Sessions and others
***Plaintiff(s)***

***Vs.***

***Deco 969, Truist Bank, Haltom Jewelry, UMB Bank, Chase Bank Olympus Property, AT&T Corporate and its subsidies*** Department of Family Protective Services, Charles Schwab Financial Services
***Avondale Bentley Dallas, EECU, Fort Worth Community Credit Union, Stay bridge Suites and Hotel IHG, Kimpton Harper, City of Keller 1717 Oakbrook Keller Texas, 4309 Saddleback Southlake, TX*** , [illegible]
Derrick Edmond DR. Horton Homes Builders Hilary Clinton
***Defendant(s)*** Chase Bank, Bailey's BBQ Cheesecake Factory, Autobahn Porche

---

***Petition***

***Plaintiff, LaKeshia Edmond as requested before the Northern District Courts has been required to seek a leave*** a motion ***before future filings and thus Plaintiff, LaKeshia Edmond files that she seeks this leave before the International Russian Government Consulate of in-law Vladimir Putin.***

***Plaintiff LaKeshia Edmond files that she strikes all matters of statute of limitations being that this case is of international government and that Plaintiff files that she still has until the August of 2024 before a year has been set against the Plaintiff,*** in these pleadings.

***Plaintiff LaKeshia Edmond files because of the City of Fort Worth, Texas who did not render any assistance regarding the approved police report, or Smile Nau who did not comply to the suit, Plaintiff issues this petition as a Motion for Default and thus now adding the matter of requests in this petition for Writ of Possession, Garnishment, and Execution by the Northern District Courts of Fort Worth, Texas and Tarrant County Constable Office.*** as a motion Plaintiff LaKeshia files for DR. Horton Home its stock and subsidiary Chase Bank for $1.00

***This petition before the International Russian Courts requesting that the matter of Writ of Possession, Garnishment as well as Execution are granted through the Northern District Court of Fort Worth, Texas and which Plaintiff, LaKeshia Edmond has successfully paid $1.00 for the Defendants and seeks all possession, garnishment with the financial institution as well as the execution to make the matter final.*** This includes the Defendants Charles Schwab Financial Services, Autobahn Porche of Ft. Worth TX vehicle stock

***Plaintiff LaKeshia Edmond requesting that the matter of service being the $1.00 money order has been paid as well by the Plaintiff.*** Agent Derrick Edmond violating civil usa

#3

RLB13363 RLB13363 RL003386 RL005435 RLB0194

(1)

*Plaintiff seeks the matter of DECO 969 Commerce Street as well as Truist Bank, and all others for the fees of $1.00 due to the matter of Smile Nau who did not comply in the federal suit, 4-cv-23-683-0 for the matter of service for Stay bridge Suites and hotel and thus added by the Plaintiff that this new Motion for Writ of Possession, Garnishment and Execution are final*, to include DR Horton Home Building 11549 with Of[illegible] [illegible]

Plaintiff LaKeshia Edmond requests ssdi payment of $25,000.00 [illegible]

*Plaintiff LaKeshia Edmond states that there is NO ATTORNEY FOR REBUTTALS IN THIS SUIT AS WELL AS THAT TARRANT COUNTY CONSTABLE OFFICE ARE TO MAKE COPIES AND MAIL THEM TO THE DEFENDANTS.*

Permanent Adoption Of Taxe ID 106347 as Ay'Keshia Phaire Edmond [illegible]

*Wherefore we prayerfully submit this Motion for Default Judgement and all Defendants may not speak and thus everything has been paid with $1.00 by the Plaintiff, LaKeshia Edmond.*

Taxe ID 107 to Brad F Jones with ssdi payment @ 500.00 a month for Holiday J. Jones Ari Cash Jones pending medical [illegible] due to alleged a[illegible] & possible child molestation matters. Starting the payments

*Regards,*

[signature]

*LaKeshia Edmond*

*4364 Western Center Blvd*

*Fort Worth, Texas 76137*

*5017160014*

*Lakeshiaedmond77@gmail.com*



Continued Motion for Default

***~~IN THE FEDERAL NORTHERN DISTRICT COURTS~~***

***~~OF~~*** in

***~~FORT WORTH, TEXAS~~***

---

*Prime Minister of Russian International Government Vladimir Putin* — ???

*Lakeshia Edmond*

*Brad F. Jones*

*Besty Price* ✓

*Asa Hutchinson Sr* ✓

*Michael Bozeman Sr* ✓

*Leslie Rutledge* ✓

*Sarah Huckabee* ✓

*Frank Scott Jr.* ✓

*Tom Cotton Jr.* ✓

*Michael Beebe Sr* ✓

*Ginger Beebe* ✓

*Lafayette Woods Sr* ✓

*Tammie Michelle Edmond*

*Jimmie Carter*

*Jefferey Sessions Sr*

*Jalynndria Murry* ✓

*Eric Nelson* ✓

*Marcus Nelson Jr.* ✓

*Marcus Nelson Sr.* ✓

*Ari Cash Jones*

*Holiday Bella Jones*

*Makala Carter*

*Lizzy Carter*

*State of Texas*

*City of Keller, Texas*

*Keller ISD*

*North Fort Worth, Texas ISD*

~~Hi, but we will need to vote Disney now or Disney during the Christmas Break, Thanksgiving I don't think Uncle Putin has time for summer 24, but Christmas has enough time to set Constitution and everything else special~~